**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**GYSKLYS JIMINEZ MARTINEZ**                    **CIVIL ACTION NO. 3:26-1549**

                                                                          **SECTION P**

**VS.**

                                                                          **JUDGE S. MAURICE HICKS, JR.**

**WARDEN JACKSON PARISH**                      **MAG. JUDGE KAYLA D. MCCLUSKY**
**CORRECTIONAL CENTER**

**ORDER**

Petitioner Gysklys Jiminez Martinez, a detainee in the custody of the Department of

Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a

writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition,

[doc. # 1], Attachments, [doc. # 1-2], and a copy of this Order by certified mail on the United

States Attorney for the Western District of Louisiana, the United States Attorney General,

DHS/ICE through its Director, and the Warden of Jackson Parish Correctional Center.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the

date of this Order, or service of the Petition on the United States Attorney for the Western

District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of

Respondents' response to file a reply.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil

Chief of the United States Attorney's Office for the Western District of Louisiana and grant her

access to the pleadings.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 19th day of May, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

2