**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

GYSKLYS JIMINEZ MARTINEZ              CIVIL ACTION NO. 26-1549-P

VERSUS                               JUDGE S. MAURICE HICKS, JR.

WARDEN JACKSON PARISH               MAGISTRATE JUDGE MCCLUSKY
CORRECTION CENTER, ET AL.

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **GRANTED**. Respondents, and the Warden of Krome North Service Processing Center, must release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 15th day of July, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE